

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023

April 14, 2023

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl Street, Room 740
New York, New York 10007

Re:   <u>*Gallagher v. VisitDays Corp., et al.* - Case No. 1:22-cv-08553-JMF</u>

Dear Judge Moses:

On behalf of Plaintiff, we respectfully request that the settlement conference before Your Honor currently scheduled for April 24, 2023, be adjourned and rescheduled. All counsel are available on either May 1 or May 2, which are dates the Court has indicated are acceptable.

This is the first request for an adjournment. The adjournment will not affect any other deadlines in this case. We have conferred Defendants' counsel and he consents to the adjournment.

The reason for the request is that Plaintiff's lead counsel, Tiffany Ma, is in the midst of a 5-person family move with two very young children that unavoidably must take place at this time, which will happen on this coming Monday and Tuesday. It was not known at the time the settlement conference was scheduled that the move would occur on those dates and that our pre-conference submissions would coincide with the move. During the moving process, in addition to being occupied by the move itself, Ms. Ma will not have access to her office or to an internet/email connection. Her files for this case will be packed and will also take time to organize after unpacking. (Proof of the move is available upon request.) Also, this entire week was a N.Y. Dept. of Education Spring Break, and Ms. Ma's two-year old unexpectedly could not acclimate to camp, requiring Ms. Ma's significant attention. As a result of the above, it would be exceedingly difficult to timely submit a well-prepared pre-settlement conference statement by April 17.

Also, due to these circumstances, the parties have not had the opportunity to engage in a meaningful pre-conference exchange of settlement proposals, and the additional time would allow us to accomplish that and ultimately have a more productive settlement conference.

Hon. Barbara Moses
April 14, 2023
Page 2

      Thank you for your consideration.

MPP/mp                                                                      Respectfully submitted,

                                                                        *s/Michael P. Pappas*

cc:     Counsel for all Parties (via ECF)         Michael P. Pappas

---

Application GRANTED. The settlement conference is hereby ADJOURNED to **May 2, 2023 at 2:15pm**. No later than **April 25, 2023**, the parties shall each submit their respective letters and acknowledgment forms to chambers by email. *See* Order Scheduling Settlement Conference (Dkt. No. 37) ¶¶ 3, 4. SO ORDERED.

*[signature]*
_____
Hon. Barbara Moses, U.S.M.J.
April 18, 2023

3 Columbus Circle, 15th Fl., New York, NY 10019   ·   T: 646.770.7890   ·   F: 646.417.6688   ·   pappaslawfirm.com   ·   michael@pappaslawfirm.com