UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA GALLAGHER,<br><br>          Plaintiff,<br><br>-against-<br><br>VISITDAYS CORP., et al.,<br><br>          Defendants. | 22-CV-8553 (JMF) (BCM)<br><br>**ORDER SCHEDULING CONFERENCE** |

**BARBARA MOSES, United States Magistrate Judge.**

The counsel-only telephonic conference previously scheduled for May 30, 2023 at 11:00 a.m. is rescheduled for **June 1** at **3:00 p.m.**, per counsel's communications with chambers. On that date, a few minutes before the scheduled time, counsel must call (888) 557-8511 and enter the access code 7746387. The Court will supply a confidential passcode by email on the date of the conference.

Dated:  New York, New York
       May 30, 2023

                                   **SO ORDERED.**

                                   _____
                                   **BARBARA MOSES**
                                   **United States Magistrate Judge**